# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREGORY J. BENNETT,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

3:16-cv-00420-RCJ-WGC

**ORDER**

Petitioner Gregory Bennett is a prisoner in the custody of the Nevada Department of Corrections. He filed a Petition for a Writ of Prohibition in this Court. The Magistrate Judge recommended dismissing the Petition without prejudice because Petitioner complained of constitutional violations at his trial in state court that were not cognizable under *Heck v. Humphrey*, 512 U.S. 477 (1994). The Court agreed. Petitioner has now asked the undersigned to recuse. The Court denies the motion. Judgment has been entered, and Petitioner has no standing to request recusal of a judge before whom no action is pending. *See United States v. Conforte*, 624 F.2d 869, 879–80 (9th Cir. 1980) (Kennedy, J.) (holding that absent exceptional circumstances, grounds for disqualification must be raised before the judicial action at issue). There are no exceptional circumstances here. Anyway, nowhere in his motion does Petitioner identify any source of alleged bias.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Recuse (ECF No. 10) and the Motion for Subpoena (ECF No. 11) are DENIED.

IT IS SO ORDERED.

DATED:  This 17th day of October, 2016.

_____
ROBERT C. JONES
United States District Judge